UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARIUS P. GEORGE, | : |
| Petitioner | : |
| v. | : CIVIL NO. 3:CV-14-0633 |
| JOHN KERESTES, et al., | : (Judge Kosik) |
| Respondents | : |

## ORDER

**AND NOW, THIS 21 DAY OF NOVEMBER, 2014,** for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **denied**.

2. The Clerk of Court is directed to **close this case**.

3. There is no basis for the issuance of a certificate of appealability.

EDWIN M. KOSIK
United States District Judge